STATE v. TART

No. 178P83.

Case below: 61 N.C. App. 349.

Petition by defendant for discretionary review under G.S. 7A-31 denied 3 May 1983. Motion of Attorney General to dismiss appeal for lack of substantial constitutional question allowed 3 May 1983.

STATE v. THOMPSON

No. 150PA83.

Case below: 60 N.C. App. 679.

Petition by Attorney General for discretionary review under G.S. 7A-31 allowed 3 May 1983.

STATE v. WILLIS

No. 163PA83.

Case below: 61 N.C. App. 244.

Petition by defendant for discretionary review under G.S. 7A-31 allowed 3 May 1983.

STATE ex rel. COMMISSIONER OF INSURANCE
    v. RATE BUREAU

No. 184P83.

Case below: 61 N.C. App. 506.

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 18 April 1983.

WATERS v. PHOSPHATE CORP.

No. 182P83.

Case below: 61 N.C. App. 79.

Petition by plaintiffs for discretionary review under G.S. 7A-31 denied 3 May 1983.